IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DARCY L.[1], | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 4:25-CV-00051-P-BV |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
|    DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Amanda R. Burch made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Commissioner's decision is **AFFIRMED**. Accordingly, the Court hereby **ORDERS** that the case is **DISMISSED with prejudice**.

**SO ORDERED** this **4th day of March 2026**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies Plaintiff only by first name and last initial.